UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY SOKIMI,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES, et al.,<br><br>                Defendants. | CASE NO. 3:17-cv-05983-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 23, 2018 |

      Plaintiff Anthony Sokimi filed his Complaint pursuant to 42 U.S.C. § 1983 in November of 2017. Dkt. 1. However, the Clerk noted that he had not paid the filing fee and filed an improper Application for Leave to Proceed *In Forma Pauperis* ("Application for IFP"), sending a letter to plaintiff explaining his deficiencies. Dkt. 2. The Clerk warned that plaintiff had until December 28, 2017 to file an amended Application for IFP with a certified copy of his prison trust account or his action could face dismissal. *Id*. However, that mail was returned as undeliverable on December 13, 2017. Dkt. 3. Plaintiff has not notified the Court of his updated address.

Pursuant to Local Rule 41:

> [i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or current mailing . . . address, the court may dismiss the action without prejudice for failure to prosecute.

LCR 41(b)(2).

As noted above, Plaintiff has not kept the Court advised as to his current mailing address and more than sixty days have passed since Plaintiff's mail was returned by the Postal Service. Accordingly, pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on March 23, 2018, as noted in the caption.

Dated this 5th day of March, 2018.

David W. Christel
United States Magistrate Judge