# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANTHONY SOKIMI,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES, et al.,<br><br>                Defendants. | CASE NO. C17-5983BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's action is **DISMISSED without prejudice** for failure to prosecute.

Dated this 27th day of March, 2018.

                                                        BENJAMIN H. SETTLE
                                                        United States District Judge